Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
Jack Pennington, III

# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Pennington, III, | Case No.: 2:09-cv-02101-MEA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Nationwide Credit, Inc., | |
| Defendant. | |

NOW COMES the Plaintiff, Jack Pennington, III, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: May 26, 2010          KROHN & MOSS, LTD.


By: /s/ Ryan Lee            _

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| Jack Pennington, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | **2:09-cv-02101-MEA** |
| ) | |
| Nationwide Credit, Inc. ) | |
| ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF SETTLMENT was sent via THE COURT'S ELECTRONIC FILING SYSTEM:

Dated:  May 26, 2010

/s/ Ryan Lee, Esq.
KROHN & MOSS, LTD.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
(323) 988-2400
Attorney for Plaintiff,
Jack Pennington, III